IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DOUG WINTER                                                                                                 PLAINTIFF

        v.                    Civil No. 4:10-cv-04180

JAIL ADMINISTRATOR RON
STOVALL; CPT. S. HEARTLINE;
and MILLER COUNTY, ARKANSAS                                                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

        Plaintiff, Doug Winter, filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

        On July 18, 2011, Defendants filed a motion to compel answers to discovery requests (ECF No. 21). The motion to compel (ECF No. 21) was granted (ECF No. 22) and Plaintiff was directed to provide Defendants with the required responses to the discovery requests by 5:00 p.m. on October 18, 2011.

        Defendants filed a motion to dismiss on October 19, 2011 (ECF No. 23). In the motion, Defendants state they have not received any discovery responses from the Plaintiff or any communication from the Plaintiff. Plaintiff has not responded to the motion to dismiss. He has not requested an extension of time to respond or otherwise communicated with the Court.

        I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

        **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of December 2011.

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE