IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DOUG WINTER                                                                                              PLAINTIFF

VS.                                         Civil No. 4:10-cv-4180

JAIL ADMINISTRATOR RON
STOVALL; CPT. S. HEARTLINE;
and MILLER COUNTY, ARKANSAS                                                          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed December 5, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order to complete discovery and failure to prosecute.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge